# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

### No. 5:10-CR-00121-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOUGLAS GENE WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's oral motion to continue his detention hearing. For good cause shown, and with consent of the government, Defendant's motion is **GRANTED**, and the detention hearing is continued to **August 23, 2010 at 10:00 a.m.** in the Courthouse Annex at Greenville, North Carolina.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

This the 18th day of August, 2010.

_____
DAVID W. DANIEL
United States Magistrate Judge