UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-121-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BASIM ALBERT HAMAD, ) | |
| JONATHON DAVID MURRAY, ) | |
| DOUGLAS GENE WHITFIELD, ) | |
| ) | |
| Defendants. ) | |

On January 25, 2011, the government filed a motion to sever the trial of defendant Douglas Gene Whitfield from co-defendants Basim Albert Hamad and Jonathon David Murray, pursuant to Fed. R. Crim. P. 14(a), and Bruton v. United States, 391 U.S. 123 (1968).

For good cause shown, the government's motion to sever the trial of defendant Douglas Gene Whitfield is GRANTED.

SO ORDERED. This the **27** day of **January** 2011.

JAMES C. DEVER III
United States District Judge