IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-121-D
No. 5:11-CV-610-D
No. 5:14-CV-683-D

| | |
|---|---|
| DOUGLAS GENE WHITFIELD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States shall file a response to petitioner's motion to vacate under 28 U.S.C. § 2255 [D.E. 267] and petitioner's motion to modify restitution payments [D.E. 270]. The response is due not later than April 24, 2015.

SO ORDERED. This 31 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge