IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-121-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOUGLAS GENE WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

On February 17, 2016, Douglas Gene Whitfield filed a motion to reduce restitution payment [D.E. 293]. On February 23, 2016, the government responded [D.E. 295]. On March 9, 2016, Whitfield replied [D.E. 296]. The court agrees with the government. The judgment is correct. The motion to reduce restitution payment [D.E. 293] is DENIED.

SO ORDERED. This 11 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge