IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-121-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DOUGLAS GENE WHITFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

Douglas Gene Whitfield seeks a sentence reduction through placement in a halfway-house [D.E. 302]. The United States shall file a response no later than June 16, 2017.

SO ORDERED. This 11 day of May 2017.

JAMES C. DEVER III
Chief United States District Judge