IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:10-CR-121-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DOUGLAS GENE WHITFIELD, ) | |
| ) | |
| Defendant. ) | |

On February 6, 2017, Douglas Gene Whitfield filed a motion for recommendation for twelve months halfway house placement [D.E. 302]. On June 15, 2017, the government responded in opposition [D.E. 305]. The Bureau of Prisons ("BOP") gets to decide whether Whitfield will serve any of his imprisonment in a residential reentry center. See 18 U.S.C. §§ 3621(b), 3624(c). If Whitfield is not satisfied with the BOP's decision, Whitfield may seek judicial review. In sum, Whitfield's motion for recommendation for twelve months halfway house placement [D.E. 302] is DENIED.

SO ORDERED. This 21 day of June 2017.

JAMES C. DEVER III
Chief United States District Judge