UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Douglas Gene Whitfield**  　　　　　　　　　　　　　　　　　**Docket No. 5:10-CR-121-3D**

### Petition for Action on Supervised Release

COMES NOW Jessica A. Brocz, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Douglas Gene Whitfield, who, upon an earlier plea of guilty to Armed Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a), (d), and (e), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 19, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. Douglas Gene Whitfield was released from custody on October 12, 2018, at which time the term of supervised release commenced.

On May 18, 2021, a Violation Report was submitted after the defendant tested positive for opiates use on May 12, 2021. Whitfield was instructed to attend substance abuse assessment and continue treatment at Greenville Recovery Center. The court agreed to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 25, 2021, the defendant tested positive for opiates and the result was confirmed by laboratory analysis, on June 3, 2021. When confronted, the defendant admitted using heroin on May 22, 2021 and June 1, 2021, and he signed an admission of drug use form. As a sanction for the aforementioned drug use, we are recommending that he be placed on curfew with location monitoring for a period of 60 days. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

> The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　　I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dewayne L. Smith　　　　　　　　　　　　　/s/ Jessica A. Brocz
Dewayne L. Smith　　　　　　　　　　　　　　Jessica A. Brocz
Supervising U.S. Probation Officer　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　150 Reade Circle
　　　　　　　　　　　　　　　　　　　　　　Greenville, NC 27858-1137
　　　　　　　　　　　　　　　　　　　　　　Phone: 252-830-2350
　　　　　　　　　　　　　　　　　　　　　　Executed On: June 9, 2021

Douglas Gene Whitfield
Docket No. 5:10-CR-121-3D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 10 day of June, 2021, and ordered filed and made a part of the records in the above case.

*/s/ J. Dever*
James C. Dever III
U.S. District Judge